UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE NO. 8:05-Cr-209-T-17MSS
:
MICHAEL BROWN :

## INFORMATION

The United States Attorney charges:

### COUNT ONE

During at least the summer of 2002, the defendant,

MICHAEL BROWN,

did knowingly and intentionally possess with intent to distribute and distribute a quantity of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

### FORFEITURES

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From his engagement in any or all of the violations alleged in Count One of this Information, punishable by imprisonment for more than one year, the defendant

MICHAEL BROWN,

1

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

    a. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

    b. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

    c. Specific assets subject to forfeiture.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

PAUL I. PEREZ
United States Attorney

By: _____
JAMES C. PRESTON, JR.
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Deputy Chief, Narcotics Section