**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| CASE NO.    8:05-cr-209-T-17MSS | DATE:    June 9, 2005 |
| HONORABLE    MARY S. SCRIVEN | INTERPRETER   None<br>LANGUAGE |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL BROWN<br>Defendant | James Preston<br>Government Counsel<br><br><br>Aubrey Dicus - Retained<br>Defense Counsel |
| COURT RPTR: Kerry Brennan | DEPUTY CLERK    Susan Saylor |
| TIME: 11:00 - 11:10       TOTAL    .10 | COURTROOM    10A |

PROCEEDINGS:  INITIAL APPEARANCE /  BOND HEARING

X    Deft provided w/copy of Information

X    Court summarized charges

X    Court advises of Deft's Rule 5 rights

X    Govt position on release or detention:  Release on a signature bond

X    Court:  Orders Bond set at ROR