# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. 8:05-cr-209-T17mss |
| MICHAEL BROWN | |

I, MICHAEL BROWN, the above-named defendant, who is accused of possession with intent to distribute a quantity of a mixture or substance containing a detectable amount of marihuana, in violation of 21 U.S.C. 841(a)(1) and (b)(1)(D), being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
MICHAEL BROWN
Defendant

_____
AUBREY DICUS, ESQ.
Counsel for Defendant

Before _____
Judicial Officer