# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-209-T-17MSS

MICHAEL BROWN

---

## Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I, MICHAEL BROWN, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: June 9, 2005

_____
MICHAEL BROWN

Dated: June 9, 2005

_____
Counsel for Defendant