```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

UNITED STATES OF
AMERICA,

v.                              CASE NO.  8:05-CR-209-T-17MSS

MICHAEL BROWN.

_____/


                              ORDER

   This cause is before the Court on:

   Dkt.  24 Motion for Early Termination

   Defendant Brown was sentenced on 12/14/2005 (Dkts. 16, 17). Defendant moves for early termination of Defendant's probation, after serving over two-thirds of his sentence.  The assigned U.S. Attorney, and the assigned U.S. Probation Officer, state that they have no objection to the relief sought.  Defendant has waived a hearing on the Motion.

   Defendant has maintained full-time employment and completed all treatment conditions from Solutions Behavioral Healthcare Consultants.  There is no outstanding fine, and no outstanding restitution.  After consideration, the Court is satisfied that termination of probation is warranted by Defendant's conduct, and the interest of justice.  Accordingly, it is

   **ORDERED** that Defendant Brown's Motion for Early Termination is **granted**.

Case No. 8:05-CR-209-T-17MSS

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 2nd day of May, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
U.S. Probation Office